

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 3, 2026

**BY EMAIL**

The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:     *United States v. Amit Forlit*, 22 Cr. 645

Dear Judge Netburn:

The Government respectfully requests that Indictment 22 Cr. 645, *United States v. Amit Forlit*, and the arrest warrant for defendant Amit Forlit be unsealed and that the case be assigned to a district judge.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:     _____/s/_____
Olga I. Zverovich / Juliana N. Murray /
Brandon D. Harper
Assistant United States Attorneys
(212) 637-2514 / 2314 / 2209

SO ORDERED:

_____
SARAH NETBURN
United States Magistrate Judge

Dated:    April 3, 2026
          New York, New York