AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   22 Cr 226 645 |
| Amit Forlit | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amit Forlit                                                                                                                 .

Date:    03/23/2026

/s/Sabrina P. Shroff
*Attorney's signature*

Sabrina P. Shroff
*Printed name and bar number*
80 Broad Street
18th Floor
New York, New York 10004

*Address*

Sabrinashroff@gmail.com
*E-mail address*

(646) 763-1490
*Telephone number*

*FAX number*