# SABRINA P. SHROFF
ATTORNEY AT LAW

80 BROAD STREET
NEW YORK, NEW YORK 10007
TELEPHONE: (646) 763-1490

April 20, 2026

**By ECF**

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Forlit*, 22 Cr. 645 (JMF)**

Hon. Furman:

With consent of the pretrial services and the government, I write to seek the Court's approval of a change of address for Mr. Forlit.  Both Pretrial Services and the government have been provided with the address to which Mr. Forlit wishes to move. The change of address is to allow his wife and children to have a place to stay when they visit him. Because this letter is filed on the public docket the address is not noted.

All other bail condition remain in place and Mr. Forlit is in compliance with his conditions of release.

Respectfully submitted,

/s/ Sabrina P. Shroff
Counsel for Mr. Amit Forlit

cc: United States Pretrial Services
    All parties