

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

May 15, 2026

**BY ECF**

Honorable Jesse M. Furman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Amit Forlit*, 22 Cr. 645 (JMF)

Dear Judge Furman:

      The Government respectfully submits this letter-motion to request, with consent of the defense, that Government be permitted to make rolling discovery productions in this matter through June 17, 2026, a thirty-day extension of the current discovery deadline of May 18, 2026.

      At the initial conference, the Government anticipated that the parties would agree to a protective order promptly and that the Government would begin producing discovery upon entry of an order.  The Government remains ready to make a substantial first discovery production upon entry of a protective order, but, to date, the parties have not reached agreement regarding the protective order.[1]  In addition, the Government has recently learned from its vendor that because of the volume of documents housed on that platform (more than 1.5 million documents), the process of preparing those records for discovery may take significantly more time than the Government estimated at the initial conference.  Accordingly, the Government respectfully requests through June 17, 2026 to make rolling discovery productions.  To the extent that the defense requests a reasonable extension of its July 17, 2026 motion deadline, the Government would consent to that request.

---

[1] The Government has sought to reach agreement on a protective order since before the initial pretrial conference.  On April 7, 2026, the Government provided a proposed protective order to defense counsel.  The Government first received a substantive response from the defense on May 11, 2026, raising several questions and objections to the protective order. The parties have been discussing the protective order since that time, with the defense's final position still pending.  The Government will promptly notify the Court if the parties are unable to reach agreement regarding a protective order.

Page 2

Thank you for the Court's consideration of this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: /s/    *Brandon D. Harper*_____
Olga I. Zverovich
Juliana N. Murray
Brandon D. Harper
Assistant United States Attorneys
(212) 637-2514/2314/2209

cc:    Defense counsel (via ECF)