**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET
NEW YORK, NEW YORK 10007
TELEPHONE: (646) 763-1490

June 12, 2026

**By ECF**

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Fortlit*, 22 Cr. 645 (JMF)**

Hon. Furman:

The Court has set June 12, 2026 for the defendant to file his objections to the government's requested protective order. ECF # 23. Because the Court has granted the government's (on consent) application for additional time to produce discovery and because I am on work travel till tomorrow, I request the Court allow Mr. Forlit to submit his objections to the Protective Order by June 19, 2026, which is holiday. The government consents to this application.

I thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/ Sabrina P. Shroff
Counsel for Mr. Amit Forlit