**SABRINA P. SHROFF**
ATTORNEY AT LAW

730 THIRD AVENUE, 16TH FLOOR
NEW YORK, NEW YORK 10007
TELEPHONE: (646) 763-1490

June 24, 2026

**By ECF**
Hon. Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Forlit*, 22 Cr. 645 (JMF)**

Hon. Furman:

With the consent of the Pretrial Services Officer J. Aguilar-Adan, I seek modification of Mr. Forlit's conditions of release. The language used in the proposed modifications have been vetted with Officer Aguilar-Adan.

1.  Mr. Forlit is scheduled for surgery at Mount Sinai Hospital. Recovery calls for an overnight hospital stay. We ask the Court to authorize Pretrial to remove the GPS monitoring device, if it is deemed medically necessary. Pretrial will re-affix the device as soon as it is medically safe to do so.

2.  Travel restrictions to allow travel to Connecticut and New Jersey where he has family and friends. Mr. Forlit will inform Pretrial of the nature, time and duration of any such travel.

3.  Travel restrictions to include upstate New York during the months of July and August 2026, as Mr. Forlit's children are in NYC for the school holidays. All travel will be contingent on Pretrial giving its consent to Mr. Forlit.

4.  One day possession of Mr. Forlit's passport, so he may apply for a New York City driver's license.

Mr. Forlit is supervised by Jessica Aguilar-Adan who confirms his compliance with his conditions of release. Officer Aguilar-Adan has discussed with him (and with defense counsel) his obligation to provide her all the details she needs to approve specific travel, should the Court grant the requested modifications. Mr. Forlit is cognizant of his obligations to the Court and Pretrial, which follows his two-year compliance record in the United Kingdom. Mr. Forlit's UK counsel Edward Grange can confirm compliance. https://corkerbinning.com/people/edward-grange/.

The government's response to the proposed modications [with defense counsel comments added within] states as follows :

> We defer to Pretrial Services on the hospital request.  With respect to the travel to New Jersey, Connecticut, and Upstate New York, we

Honorable Jesse M. Furman                                                    June 24, 2026
Judge, Southern District of New York                                              Page 2

Re: *United States v. Forlit*, 22 Cr. 645 (JMF)

request that the letter be revised to require that any of the requested travel be approved by Pretrial Services in advance of the travel. [Defense counsel remains confused by this request, as it is clear Mr. Forlit can only travel if PTSO Aguilar-Adan permits and approves the travel.] Finally, while we appreciate Mr. Forlit's desire to obtain a driver's license, we cannot consent to releasing his passport. We have, however, confirmed both with Pretrial and the FBI that Pretrial can release the passport to Mr. Forlit and an agent can accompany him from Pretrial to the appointment and back to Pretrial to return the passport. [Defense counsel has no objection to this last proposal, provided the agent accompanying Mr. Forlit is not the case agent and is instructed not to speak to Mr. Forlit about any matters pertaining to his case or his plans.]

I thank Court for its time and consideration of this request.

Respectfully submitted,

/s/ Sabrina P. Shroff
Counsel for Mr. Amit Forlit

cc: United States Pretrial Services