

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

June 10, 2026

**BY ECF**
Honorable Jesse M. Furman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Amit Forlit*, 22 Cr. 645 (JMF)

Dear Judge Furman:

    The Government respectfully submits this letter-motion to extend today's deadline regarding the proposed protective order to Monday, June 29, 2026.  The parties are continuing to confer but respectfully request the extension to hopefully narrow the current areas of disagreement so as best to comply with the Court's Order.  The Government is mindful of the Court's Individual Rules, including Rule 3(D), and respectfully apologizes for not having filed this motion 48 hours prior to today's deadline.  The parties have not previously requested an extension of this deadline, the request is on consent of the defense, and the next scheduled appearance before the Court is on August 13, 2026.

    Thank you for the Court's consideration of this matter.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

by: /s/   *Brandon D. Harper*_____
    Olga I. Zverovich
    Juliana N. Murray
    Brandon D. Harper
    Assistant United States Attorneys
    (212) 637-2514/2314/2209

cc:    Defense counsel (via ECF)