

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

June 29, 2026

**BY ECF**

Honorable Jesse M. Furman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

     Re:    *United States v. Amit Forlit*, 22 Cr. 645 (JMF)

Dear Judge Furman:

The Government respectfully submits this letter in response to the Court's Orders of June 23, 2026, Dkt. 27 and June 26, 2026, Dkt. 31. The parties have conferred and have not reached an agreement on a proposed protective order. As ordered, the Government has attached to this letter its proposed protective order with a redline showing the differences between the Government's and the defendant's proposal. For avoidance of doubt, the defendant's current proposals are indicated in redline against the Government's proposal, which is in black.[1]

The Government respectfully submits, for the reasons articulated in its letter-motion of June 10, 2026, that there is good cause to enter the Government's proposed protective order and that the defendant's objections, as now reflected in the redline, have no merit. For example, many of the defense's suggestions pertain to sharing discovery material with other lawyers and redactions. But those proposed changes should be rejected because, as the Government articulated in its prior letter, any other lawyer who wishes to obtain discovery can do so from the Government by filing a notice of appearance in this matter and signing a copy of any entered protective order, and the proposed protective order is drafted to permit the production of discovery with more limited redactions than would otherwise be necessary.

The defense has asked the Government to inform the Court that the defense requests oral argument on this issue. The Government respectfully submits that the Court can enter the proposed protective order on the record before it without argument.

---

[1] The Government has accepted the defense's proposal that additional signature lines may be added to the protective order, but as the Government has maintained, those additional lawyers should file a notice of appearance in this case and sign the protective order before receiving discovery in order to protect against and prevent the unauthorized dissemination of discovery.

Thank you for the Court's consideration of this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: /s/ _Brandon D. Harper_____
Olga I. Zverovich
Juliana N. Murray
Brandon D. Harper
Assistant United States Attorneys
(212) 637-2514/2314/2209

cc:    Defense counsel (via ECF)

The Court sees no need for oral argument.  Having considered the parties' arguments and proposed orders, the Court has signed and will docket separately the Protective Order that shall apply in this case.  Counsel shall promptly file a copy of the Order signed by counsel.

SO ORDERED.

July 1, 2026