**SABRINA P. SHROFF**
ATTORNEY AT LAW

737 THIRD AVENUE, 16TH FLOOR
NEW YORK, NEW YORK 10007
TELEPHONE: (646) 763-1490

July 6, 2026

**By ECF**
Hon. Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Forlit*, 22 Cr. 645 (JMF)

Hon. Furman:

With consent of the Pretrial Services Officer J. Aguilar-Adan, and with the government differing to pretrial, I seek modification of Mr. Forlit's conditions of release so that he is monitored by stand-alone location monitoring. The language used in the proposed modification has been vetted with Officer Aguilar-Adan who is copied here, and who believes such a transition is proper.

Respectfully submitted,

/s/ Sabrina P. Shroff
Counsel for Mr. Amit Forlit

cc: United States Pretrial Services Officer Jessica Aguilar-Adan