**SABRINA P. SHROFF**
ATTORNEY AT LAW

737 THIRD AVENUE, 16TH FLOOR
NEW YORK, NEW YORK 10007
TELEPHONE: (646) 763-1490

July 6, 2026

**By ECF**
Hon. Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Forlit*, 22 Cr. 645 (JMF)

Hon. Furman:

With consent of the Pretrial Services Officer J. Aguilar-Adan, and with the government differing to pretrial, I seek modification of Mr. Forlit's conditions of release so that he is monitored by stand-alone location monitoring. The language used in the proposed modification has been vetted with Officer Aguilar-Adan who is copied here, and who believes such a transition is proper.

Respectfully submitted,

/s/ Sabrina P. Shroff
Counsel for Mr. Amit Forlit

cc: United States Pretrial Services Officer Jessica Aguilar-Adan

Application GRANTED.

The Court's endorsement of July 1, 2026 required counsel to sign and docket a copy of the Protective Order approved by the Court. To date, defense counsel has not done so. Counsel shall do so by July 8, 2026.

The Clerk of Court is directed to terminate ECF No. 36.

SO ORDERED.

July 6, 2026