**SABRINA P. SHROFF**
ATTORNEY AT LAW

730 THIRD AVENUE, 16TH FLOOR
NEW YORK, NEW YORK 10007
TELEPHONE: (646) 763-1490

July 28, 2026

**By ECF**
Hon. Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Forlit*, 22 Cr. 645 (JMF)**

Hon. Furman:

I write to update the Court as to the production of discovery in this case and the need for a new motion schedule to be set once discovery is received. To date, the defense has not received the government's production of Rule 16 discovery. While the Court noted in its order dated June 10, 2026, that the discovery deadline had been moved to July 17, 2026, but the deadline for motions remained, I have not yet received discovery and I failed to request a change in the motion schedule set by the Court in its April 17, 2026 entry. I apologize to the Court for missing that deadline and failing to seek a timely extension of the motion schedule.

I ask the Court to allow me to request a motion schedule once I have received the discovery. No later than August 7, 2026, by which time I anticipate receiving the bulk of Rule 16, 2026, I would be able to tell the Court how time I need to file motions.

I thank Court for its time and consideration of this request.

Respectfully submitted,

/s/ Sabrina P. Shroff
Counsel for Mr. Amit Forlit

The Government shall file a response to this letter no later than July 30, 2026, explaining why discovery was not made by the July 17, 2026 deadline, and then the parties shall appear for a conference on August 5, 2026, at 11:15 a.m., at which time the Court will address counsel's request for an extension of the motion deadline. The Clerk of Court is directed to terminate ECF No. 42. SO ORDERED.

July 28, 2026