**SABRINA P. SHROFF**
ATTORNEY AT LAW

730 THIRD AVENUE, 16TH FLOOR
NEW YORK, NEW YORK 10007
TELEPHONE: (646) 763-1490

July 28, 2026

**By ECF**
Hon. Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Forlit*, 22 Cr. 645 (JMF)**

Hon. Furman:

I write in response to the Court's order dated July 28, 2026.  The government informed me that they had sent the discovery by the July 17, 2026 deadline but it was not received by me as I had changed office addresses. I received a call from Federal Express and directed them to send it to my new office address but the drive was returned to the United States Attorney's Office instead, and is now on its way to my office. The government was not dilatory in meeting its Rule 16 obligations.


Respectfully submitted,

/s/ Sabrina P. Shroff
Counsel for Mr. Amit Forlit