

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

July 28, 2026

**BY ECF**
Honorable Jesse M. Furman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

> Re:  *United States v. Amit Forlit*, 22 Cr. 645 (JMF)

Dear Judge Furman:

The Government writes respectfully in response to the Court's Order regarding the defendant's motion for an extension of the pretrial motions' deadline.

The Government made Rule 16 discovery available to the defendant on July 17, 2026, the deadline ordered by the Court.  More than a week in advance of that deadline, and because of the size of the anticipated production, the Government requested an additional, larger drive than had previously been received from defense counsel. The Government did not receive that drive by July 17, 2026.  Nevertheless, the Government mailed a drive containing a substantial volume of discovery on July 17, 2026, and in correspondence with the defense reiterated its request for a larger drive and noted that the entirety of the Rule 16 production was available for the defense's review in the Government's office.[1]  The Government received the larger drive from the defendant last week, is currently loading that drive, and anticipates sending it to defense counsel shortly.

In light of the foregoing, the Government does not object to a reasonable adjournment of the defendant's motions schedule.

> by: /s/   *Brandon D. Harper*_____
> Olga I. Zverovich
> Juliana N. Murray
> Brandon D. Harper
> Assistant United States Attorneys
> (212) 637-2514/2314/2209

cc:   Defense counsel (via ECF)

---

[1] The drive mailed on July 17, 2026 was sent to the address listed at the time for defense counsel on CM/ECF, which the Government subsequently learned was incorrect.  The drive has been rerouted to the correct address.