**SABRINA P. SHROFF**
ATTORNEY AT LAW

730 THIRD AVENUE, 16TH FLOOR
NEW YORK, NEW YORK 10007
TELEPHONE: (646) 763-1490

July 28, 2026

**By ECF**
Hon. Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Forlit*, 22 Cr. 645 (JMF)**

Hon. Furman:

I write in response to the Court's endorsement (ecf 46), and to note that I did not suggest or mean for the Court to conclude that the government had not complied with its Rule 16 discovery obligations. To the extent my wording left that impression, I apologize. In my prior letter I noted that I had not received the discovery. Going forward, I will note the government's production and then state that I did not receive it.

In an email dated July 26, 2026 (Sunday) I asked the government when I would be receiving the discovery. That email was prompted by a telephone call I received from Federal Express. I then asked for the government for the tracking number for the package (still on Sunday) which the government did not have. I then followed up with the government for the tracking number on Tuesday, July 28, 2026. On Tuesday, July 28, 2026, I was informed by government email that the hard drive was being "routed back to us as the sender." As of today, the package seems to still be in route to the USAO.

As a lawyer who has appeared before this Court many times, I would not dare prevaricate or leave the Court with a misimpression. All of us repeat players know the consequence would predictably be unpleasant and embarrassing. I shall be far more precise in the future.

Respectfully submitted,

/s/ Sabrina P. Shroff
Counsel for Mr. Amit Forlit

The Court appreciates the clarification.  Per ECF No. 46, counsel should confer with the Government and, no later than August 5, 2026, propose a new motion schedule.

The Clerk of Court is directed to terminate ECF No. 47.

SO ORDERED.

July 29, 2026