**SABRINA P. SHROFF**
ATTORNEY

730 THIRD AVENUE, 16TH FLOOR
NEW YORK, NEW YORK 10004
TEL: (646) 763-1490

August 5, 2026

Hon. Jesse M. Furman
Judge, United States District Court
Southern District of New York
500 Pearl Street,
New York, New York 10007

*United States v. Amit Forlit,* 22 Cr. 645 (JMF)

Hon. Furman,

With the consent of the government I write to request the parties be allowed to submit a proposed motion schedule by Friday, August 7, 2026 instead of today. I need additional time before I can properly confer with government counsel and make an informed proposal to them.

I thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s/ Sabrina P. Shroff
Attorney for Amit Forlit