SABRINA P. SHROFF
ATTORNEY

730 THIRD AVENUE, 16TH FLOOR
NEW YORK, NEW YORK 10004
TEL: (646) 763-1490

August 5, 2026

Hon. Jesse M. Furman
Judge, United States District Court
Southern District of New York
500 Pearl Street,
New York, New York 10007

*United States v. Amit Forlit,* 22 Cr. 645 (JMF)

Hon. Furman,

With the consent of the government I write to request the parties be allowed to submit a proposed motion schedule by Friday, August 7, 2026 instead of today. I need additional time before I can properly confer with government counsel and make an informed proposal to them.

I thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s/ Sabrina P. Shroff
Attorney for Amit Forlit

Unless and until the Court orders otherwise, Defendant shall file any motions by September 10, 2026; the Government shall file any opposition by September 24, 2026; and Defendant shall file any reply by October 1, 2026. The parties shall appear for a pretrial conference - at which the Court will set a trial date - on October 7, 2026, at 3:15 p.m. Time is excluded under the Speedy Trial Act between today and October 7, 2026. The Court finds that the interests of justice served by excluding that time outweigh the interests of the Defendant and the public in a speedy trial to permit the defense adequate time to review discovery and file any motions. If either party believes that the dates and deadlines set above should be modified, the parties should confer and seek appropriate relief. Otherwise, the request for an extension is denied as moot. SO ORDERED.

August 5, 2026