**SABRINA P. SHROFF**
ATTORNEY AT LAW

730 THIRD AVENUE, 16TH FLOOR
NEW YORK, NEW YORK 10007
TELEPHONE: (646) 763-1490

August 31, 2026

**By ECF**
Hon. Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Forlit*, 22 Cr. 645 (JMF)**

Hon. Judge Furman:

With the consent of the government, I write to request a 60-day extension of time to file pretrial motions. Despite working diligently, the defense and the government have been unable to get a firm handle on the voluminous Rule 16 discovery in this case.

The discovery is voluminous. The main batch of data totals 1.8 TB and well over 5 million individual files which translates to 1.4 million documents or about 4 million pages. We have tried to, but have yet been unable, to set up a workable search platform for review of the discovery. We are actively working to load the discovery on a search platform and to organize it in a searchable format. Finally, Mr. Forlit is not a fluent reader of English, and so he is limited in his ability to process the written discovery. I estimate that the defense will be able to complete review of discovery and file motions with a 60-day extension.

For these reasons, we respectfully request a 60-day continuance of the motion deadline, and a concomitant extension for the government's response in opposition. Should the Court grant this request, defense motions would be due on November 10, 2026 and the government's reply would be due on December 2, 2026.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/ Sabrina P. Shroff
Counsel for Mr. Amit Forlit

Application GRANTED, except that the Government shall file any opposition by November 24, 2026; and Defendant shall file any reply by December 2, 2026. The parties are cautioned that further extensions are unlikely to be granted - and certainly will not be granted absent a conference. In light of the extension, the pretrial conference scheduled for October 7, 2026, is ADJOURNED to December 10, 2026, at 3:00 p.m. The Court excludes time under the Speedy Trial Act through December 10, 2026, finding that the interests of justice served by such exclusion outweigh the interests of the Defendant and the public in a speedy trial to permit the defense to review the voluminous discovery and prepare any motions. The Clerk of Court is directed to terminate Doc. #51.

SO ORDERED.

September 1, 2026