**SABRINA P. SHROFF**
ATTORNEY AT LAW

730 THIRD AVENUE, 16TH FLOOR
NEW YORK, NEW YORK 10007
TELEPHONE: (646) 763-1490

October 27, 2026

**By ECF**

Hon. Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

In light of counsel's unavailability the week of November 2nd, the parties shall appear for a conference on November 10, 2026, at 2:15 p.m. The Clerk of Court is directed to terminate ECF No. 53.

SO ORDERED.

October 28, 2026

**Re: *United States v. Forlit*, 22 Cr. 645 (JMF)**

Hon. Furman:

I write to request a 60-day continuance of the motion schedule in this matter. In prior endorsements regarding the scheduling of pretrial motions, the Court has noted its intention to hold a status conference in the event the defense was to make such a request.[1] ECF # 52. Should the Court continue to hold that view, I am able to appear any day this week but have out of district work travel for the entire week of November 2, 2026.

The defense needs additional time to file pretrial motions. Despite diligent efforts, the defense has been unable to secure a working platform that allows for the review of the very voluminous discovery in this case. Just as relevant to this request is the parties working toward a pretrial disposition in this matter. The parties have engaged in serious plea discussions for the last several weeks and the defense awaits a close to final response from the government.

The government's position: In light of the parties' discussions regarding a potential pretrial disposition, the Government would consent to a brief additional adjournment of the defendant's motion deadline, and consents to appearing for a status conference subject to the Court's availability. The Government remains available to continue to facilitate the defendant's access to discovery."

Respectfully submitted,
/s/ Sabrina P. Shroff
Counsel for Mr. Amit Forlit

[1] The defense raised this issue with the government in early October 2026.